IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:07CR3080 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| EPIFANIO REYES-NUNEZ, ) | |
| ) | |
| Defendant. ) | |

THIS MATTER comes before the Court on defendant's Motion to Withdraw, filing 21. The Court, being fully advised in the premises, finds that said Motion should be granted.

IT IS THEREFORE ORDERED that Assistant Federal Public Defender Michael J. Hansen and the Federal Public Defender's office shall be permitted to withdraw as counsel of record for Mr. Reyes-Nunez. On September 22, 2007, Bassel El-Kasaby entered his appearance in filing 20. **The Clerk is directed to remove Mr. Hansen from all future ECF notifications in this case.**

Dated this 25th day of September, 2007.

BY THE COURT

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge