IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3080 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EPIFANIO REYES-NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that defense counsel's motion to withdraw (filing 38) is denied without prejudice to reassertion before the United States Court of Appeals for the Eighth Circuit.

November 26, 2007.                    BY THE COURT:

                                      s/ *Richard G. Kopf*
                                      United States District Judge