IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3080 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| EPIFANIO REYES-NUNEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to F.R.A.P. 24(a), and construing the papers liberally,

IT IS ORDERED that:

1. Defendant's appeal appears to be taken in good faith;
2. Defendant's motion to proceed in forma pauperis on appeal (filing 37) is granted;
3. The clerk is directed to process the appeal and to provide a copy of this order to the United States Court of Appeals for the Eighth Circuit.

December 4, 2007.           BY THE COURT:

                            s/ *Richard G. Kopf*
                            United States District Judge