IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3080 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EPIFANIO REYES-NUNEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's letter (filing 61) will be treated as a motion to return seized property under Fed. R. Crim. P. 41(g). The government shall file its response to the defendant's motion on or before July 14, 2014.

Dated July 2, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge