IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3080 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| EPIFANIO REYES-NUNEZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion for return of property (filing 67) is denied.

Dated March 23, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge